IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 08-28 |
| | ) | |
| DERRICK STEVEN CLEMONS | ) | |

## ORDER OF COURT

**AND NOW**, this 17th day of February, 2010, for the reasons set forth in the accompanying Findings of Fact and Conclusions of Law, **IT IS HEREBY ORDERED** that Defendant Clemons' Motion to Suppress Evidence (Doc. No. 49) is **DENIED**.

Defendant's Motion to Produce Evidence Which the Government Intends to Use Under Federal Rules of Evidence 404(B) and 609 (Doc. No. 48) is **DENIED WITHOUT PREJUDICE** and can be raised in an appropriately timed Motion in Limine.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:    All counsel of record