IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 08-028 |
| | ) | |
| | ) | |
| DERRICK STEVEN CLEMONS | ) | |

## **VERDICT**

We, the jury in the above-captioned case, have unanimously made the following finding:

As to Count One, Possession with Intent to Deliver Five (5) Grams or More of a Substance or Mixture Containing a Detectable Amount of Cocaine Base, in the form commonly known as crack, on or about October 13, 2007, Derrick Clemons is

\_\_\_\_\_ Not Guilty

\_\_\_\_\_ Guilty

of committing this offense.

SO SAID BY ALL this _____ day of _____, 2010.

JURY FOREPERSON: _____

JURORS: _____

_____   _____

_____   _____

_____   _____

_____   _____